UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MAVERICK CREEK WIND LLC,

    Plaintiff,

v.   No. 6:24-CV-041-H

VESTAS-AMERICAN WIND
TECHNOLOGY, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 8. Because the defendant has not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on August 16, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE